ELLEN F. ROSENBLUM
Attorney General
JAMES S. SMITH  #840932
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  James.S.Smith@doj.state.or.us

Attorneys for Defendants State of Oregon, Oregon State Police, and Governor Kate Brown

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| D. JEANETTE FINICUM; THARA TENNEY; TIERRA COLLIER; ROBERT FINICUM; TAWNY CRANE; ARIANNA BROWN; BRITTNEY BECK; MITCH FINICUM; THOMAS KINNE; CHALLICE FINCH; JAMES FINICUM; DANIELLE FINICUM; TEAN FINICUM; and the ESTATE OF ROBERT LAVOY FINICUM,<br><br>                    Plaintiffs,<br><br>          v.<br><br>UNITED STATES OF AMERICA; FBI, BLM; DANIEL P. LOVE; SALVATORE LAURO; HARRY MASON REID; GREG T. BRETZING; W. JOSEPH ASTARITA; STATE OF OREGON; OREGON STATE POLICE; KATHERINE BROWN; RONALD LEE WYDEN; HARNEY COUNTY; DAVID M. WARD; STEVEN E. GRASTY; THE CENTER FOR BIOLOGICAL DIVERSITY; and JOHN DOES 1-100,<br><br>                    Defendants. | Case No.  2:18-cv-00160-SU<br><br>NOTICE OF APPEARANCE OF COUNSEL |

Page 1 -    NOTICE OF APPEARANCE OF COUNSEL
          JSS/a2c/8736526-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Defendants State of Oregon, Oregon State Police, and Governor Kate Brown hereby give notice that the Oregon Department of Justice, through Senior Assistant Attorney General James S. Smith hereby appears as counsel on their behalf, and requests that all pleadings and papers, except process, be served upon their counsel as described herein.

DATED January  26 , 2018.

        Respectfully submitted,

        ELLEN F. ROSENBLUM
        Attorney General

        *s/ James S. Smith*
        JAMES S. SMITH #840932
        Senior Assistant Attorney General
        Trial Attorney
        Tel (971) 673-1880
        Fax (971) 673-5000
        James.S.Smith@doj.state.or.us
        Of Attorneys for Defendants State of Oregon,
        Oregon State Police, and Governor Kate Brown

Page 2 -   NOTICE OF APPEARANCE OF COUNSEL
    JSS/a2c/8736526-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000