**Thomas F. Armosino, OSB #911954**
Email: armosino@fdfirm.com
**Casey S. Murdock, OSB #144914**
Email: murdock@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & MCGOVERN, PC
2592 East Barnett Road
Medford, OR  97504
Phone:  541-779-2333
Fax:  541-779-6379
  Of Attorneys for Defendants Harney County,
  David M. Ward, and Steven E. Grasty

UNITED STATES DISTRICT COURT

THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| D. JEANETTE FINICUM; THARA TENNEY; TIERRA COLLIER; ROBERT FINICUM; TAWNY CRANE; ARIANNA BROWN; BRITTNEY BECK; MITCH FINICUM; THOMAS KINNE; CHALLICE FINCH; JAMES FINICUM; DANIELLE FINICUM; TEAN FINICUM; and the ESTATE OF ROBERT LAVOY FINICUM, <br><br>              Plaintiffs, <br><br>     v. <br><br> UNITED STATES OF AMERICA; FBI; BLM; DANIEL P. LOVE; SALVATORE LAURO; HARRY MASON REID; GREG T. BRETZING; W. JOSEPH ASTARITA; STATE OF OREGON; OREGON STATE POLICE; KATHERINE BROWN; RONALD LEE WYDEN; HARNEY COUNTY DAVID M. WARD; STEVEN E. GRASTY; THE CENTER FOR BIOLOGICAL DIVERSITY; and JOHN DOES 1-100, <br><br>              Defendants. | Case No. 2:18-cv-00160-SU <br><br> **NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANTS HARNEY COUNTY, DAVID M. WARD, AND STEVEN E. GRASTY** |

PLEASE TAKE NOTICE that Thomas F. Armosino and Casey S. Murdock of Frohnmayer, Deatherage, Jamieson, Moore, Armosino & McGovern, P.C. are appearing for defendants Harney County, David M. Ward, and Steven E. Grasty, and direct that they be added to the docket in the matter, and all further pleadings, orders, notices, and other documents, except original process, be served upon them.

DATED this 28th day of February, 2018.

>           FROHNMAYER, DEATHERAGE, JAMIESON,
>           MOORE, ARMOSINO & McGOVERN, P.C.
>
> By:   *s/ Casey S. Murdock*
>           Casey S. Murdock, OSB #144914
>           murdock@fdfirm.com
>           Thomas F. Armosino, OSB #911954
>           armosino@fdfirm.com
>           TRIAL ATTORNEY
>           Of Attorneys for Defendants Harney County;
>           David M. Ward; and Steven E. Grasty

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANTS HARNEY COUNTY, DAVID M. WARD, AND STEVEN E. GRASTY** upon:

| | |
|---|---|
| Lisa J. Ludwig<br>Lisa@l2r2law.com<br>LUDWIG RUNSTEIN, LLC<br>The Gilbert Building<br>333 SW Taylor Street, Suite 300<br>Portland, OR 97204<br>Telephone: 503-223-5570<br>    Attorney for Plaintiffs | J. Morgan Philpot<br>morgan@jmphilpot.com<br>JM PHILPOT LAW, PLLC<br>1063 East Alpine Drive<br>Alpine, UT 84004<br>Telephone: 801-428-2000<br>    Attorney for Plaintiffs |

James S. Smith
Senior Assistant Attorney General
James.S.Smith@doj.state.or.us
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: 971-673-1880
Fax: 971-673-5000
    Of Attorneys or Defendants State of Oregon;
    Oregon State Police; and Governor Kate Brown

By automatic electronic transmission via the Court's Case Management/Electronic Case Files system and via regular mail.

    DATED this 28th day of February, 2018.

                        FROHNMAYER, DEATHERAGE, JAMIESON,
                        MOORE, ARMOSINO & McGOVERN, P.C.

            By:    *s/ Casey S. Murdock*
                    Casey S. Murdock, OSB #144914
                    murdock@fdfirm.com
                    Thomas F. Armosino, OSB #911954
                    armosino@fdfirm.com
                    TRIAL ATTORNEY
                    Of Attorneys for Defendants Harney County,
                    David M. Ward, and Steven E. Grasty