AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

D. JEANETTE FINICUM, et al.

*Plaintiff(s)*

v.

UNITED STATES OF AMERICA, et al.

*Defendant(s)*

Civil Action No. 2:18-CV-00160-SU

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America
C/O U.S. Attorney General
Washington, D.C. 250530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Morgan Philpot
JM Philpot Law, PLLC
1063 E. Alpine Dr.
Alpine, UT 84004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**MARY L. MORAN, Clerk of Court**

Date: **04/24/2018**

**By: s/Elizabeth Potter, Deputy Clerk**

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| D. JEANETTE FINICUM, et al. *Plaintiff(s)* <br> v. <br> UNITED STATES OF AMERICA, et al. *Defendant(s)* | Civil Action No. 2:18-CV-00160-SU |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Center for Biological Diversity
378 North Main Avenue
Tucson, AZ 85701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Morgan Philpot
JM Philpot Law, PLLC
1063 E. Alpine Dr.
Alpine, UT 84004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**MARY L. MORAN, Clerk of Court**

Date: **04/24/2018**

By: **s/Elizabeth Potter, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| D. JEANETTE FINICUM, et al.<br><br>*Plaintiff(s)*<br>v.<br>UNITED STATES OF AMERICA, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:18-CV-00160-SU<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The County of Harney, State of Oregon: David M. Ward
C/O Frohnmayer Deatherage, et al.
2592 E. Barnett Road
Medford, OR 97501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Morgan Philpot
JM Philpot Law, PLLC
1063 E. Alpine Dr.
Alpine, UT 84004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**MARY L. MORAN, Clerk of Court**

Date: **04/24/2018**

By: **s/Elizabeth Potter, Deputy Clerk**

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| D. JEANETTE FINICUM, et al.<br><br>*Plaintiff(s)*<br>v.<br>UNITED STATES OF AMERICA, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:18-CV-00160-SU<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The County of Harney, State of Oregon: Steven E. Grasty
C/O Frohnmayer Deatherage, et al.
2592 E. Barnett Road
Medford, OR 97501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Morgan Philpot
JM Philpot Law, PLLC
1063 E. Alpine Dr.
Alpine, UT 84004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**MARY L. MORAN, Clerk of Court**

Date: **04/24/2018**

By: **s/Elizabeth Potter, Deputy Clerk**

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| D. JEANETTE FINICUM, et al. <br><br> *Plaintiff(s)* <br> v. <br> UNITED STATES OF AMERICA, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:18-CV-00160-SU |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* STATE OF OREGON: Katherine Brown
900 Court Street NE, Suite 254
Salem, OR 97301-4047

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Morgan Philpot
JM Philpot Law, PLLC
1063 E. Alpine Dr.
Alpine, UT 84004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**MARY L. MORAN, Clerk of Court**

Date: **04/24/2018**

**By: s/Elizabeth Potter, Deputy Clerk**

# UNITED STATES DISTRICT COURT

for the

District of Oregon

D. JEANETTE FINICUM, et al.

*Plaintiff(s)*

v.

UNITED STATES OF AMERICA, et al.

*Defendant(s)*

Civil Action No. 2:18-CV-00160-SU

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* STATE OF OREGON: Oregon State Police
900 Court Street NE, Suite 254
Salem, OR 97301-4047

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Morgan Philpot
JM Philpot Law, PLLC
1063 E. Alpine Dr.
Alpine, UT 84004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**MARY L. MORAN, Clerk of Court**

Date: **04/24/2018**

**By: s/Elizabeth Potter, Deputy Clerk**

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| D. JEANETTE FINICUM, et al. <br><br> *Plaintiff(s)* <br> v. <br> UNITED STATES OF AMERICA, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:18-CV-00160-SU |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America:
Bureau of Land Management
C/O Department of Justice
Trial Division
100 SW Market St
Portland, OR 97201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Morgan Philpot
JM Philpot Law, PLLC
1063 E. Alpine Dr.
Alpine, UT 84004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**MARY L. MORAN, Clerk of Court**

Date: **04/24/2018**

**By: s/Elizabeth Potter, Deputy Clerk**

# UNITED STATES DISTRICT COURT

for the

District of Oregon

D. JEANETTE FINICUM, et al.

*Plaintiff(s)*

v.

UNITED STATES OF AMERICA, et al.

*Defendant(s)*

Civil Action No. 2:18-CV-00160-SU

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America:
Daniel P. Love
C/O Department of Justice
Trial Division
100 SW Market St
Portland, OR 97201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Morgan Philpot
JM Philpot Law, PLLC
1063 E. Alpine Dr.
Alpine, UT 84004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**MARY L. MORAN, Clerk of Court**

Date: **04/24/2018**

**By: s/Elizabeth Potter, Deputy Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| D. JEANETTE FINICUM, et al.<br><br>*Plaintiff(s)*<br>v.<br>UNITED STATES OF AMERICA, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:18-CV-00160-SU |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America:
Federal Bureau of Investigation
C/O Department of Justice
Trial Division
100 SW Market St
Portland, OR 97201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Morgan Philpot
JM Philpot Law, PLLC
1063 E. Alpine Dr.
Alpine, UT 84004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**MARY L. MORAN, Clerk of Court**

Date: **04/24/2018**               By: s/Elizabeth Potter, Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| D. JEANETTE FINICUM, et al. *Plaintiff(s)* v. UNITED STATES OF AMERICA, et al. *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:18-CV-00160-SU |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America:
Greg T. Bretzing
C/O Department of Justice
Trial Division
100 SW Market St
Portland, OR 97201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  J. Morgan Philpot
JM Philpot Law, PLLC
1063 E. Alpine Dr.
Alpine, UT 84004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**MARY L. MORAN, Clerk of Court**

Date: **04/24/2018**

By: **s/Elizabeth Potter, Deputy Clerk**

# UNITED STATES DISTRICT COURT

for the

District of Oregon

D. JEANETTE FINICUM, et al.

*Plaintiff(s)*

v.

UNITED STATES OF AMERICA, et al.

*Defendant(s)*

Civil Action No. 2:18-CV-00160-SU

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America:
Harry Mason Reid
C/O Department of Justice
Trial Division
100 SW Market St
Portland, OR 97201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Morgan Philpot
JM Philpot Law, PLLC
1063 E. Alpine Dr.
Alpine, UT 84004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**MARY L. MORAN, Clerk of Court**

Date: **04/24/2018**

By: **s/Elizabeth Potter, Deputy Clerk**

# UNITED STATES DISTRICT COURT

for the

District of Oregon

D. JEANETTE FINICUM, et al.

*Plaintiff(s)*

v.

UNITED STATES OF AMERICA, et al.

*Defendant(s)*

Civil Action No. 2:18-CV-00160-SU

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America:
W. Joseph Astarita
C/O Department of Justice
Trial Division
100 SW Market St
Portland, OR 97201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Morgan Philpot
JM Philpot Law, PLLC
1063 E. Alpine Dr.
Alpine, UT 84004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**MARY L. MORAN, Clerk of Court**

Date: **04/24/2018**

By: **s/Elizabeth Potter, Deputy Clerk**

# UNITED STATES DISTRICT COURT
for the
District of Oregon

D. JEANETTE FINICUM, et al.

*Plaintiff(s)*

v.

UNITED STATES OF AMERICA, et al.

*Defendant(s)*

Civil Action No. 2:18-CV-00160-SU

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America: Ronald Lee Wyden
C/O Department of Justice
Trial Division
100 SW Market St
Portland, OR 97201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Morgan Philpot
JM Philpot Law, PLLC
1063 E. Alpine Dr.
Alpine, UT 84004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**MARY L. MORAN, Clerk of Court**

Date: **04/24/2018**

**By: s/Elizabeth Potter, Deputy Clerk**

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | ) | |
|---|---|---|
| D. JEANETTE FINICUM, et al. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:18-CV-00160-SU |
| UNITED STATES OF AMERICA, et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* United States of America:
Salvatore Lauro
C/O Department of Justice
Trial Division
100 SW Market St
Portland, OR 97201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Morgan Philpot
JM Philpot Law, PLLC
1063 E. Alpine Dr.
Alpine, UT 84004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**MARY L. MORAN, Clerk of Court**

Date: **04/24/2018**

By: **s/Elizabeth Potter, Deputy Clerk**