Lisa J. Ludwig, OSB #953387
Ludwig Runstein LLC
333 SW Taylor St., Suite 300
Portland, Oregon 97204
Tel: (503) 223-5570 / Fax: (503) 217-5510
Lisa@L2R2Law.com

UNITED STATES DISTRICT COURT

THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| D. JEANETTE FINICUM; THARA TENNEY; TIERRA COLLIER; ROBERT FINICUM; TAÏVNY CRANE; ARIANNA BROWN; BRITTNEY BECK; MITCH FINICUM; THOMAS KINNE; CHALLICE FINCH; JAMES FINICUM; DANIELLE FINICUM; TEAN FINICUM; and the ESTATE OF ROBERT LAVOY FINICUM, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA; FBI; BLM; DANIEL P. LOVE; SALVATORE LAURO; HARRY MASON REID; GREG T BRETZING; W. JOSEPH ASTARITA; STATE OF OREGON; OREGON STATE POLICE; KATHERINE BROWN; RONALD LEE V/YDEN; HARNEY COIINTY; DAVID M. WARD; STEVEN E. GRASTY; THE CENTER FOR BIOLOGICAL DIVERSITY; and JOHN DOES 1-100, <br> Defendants. | Case No. 2:18-cv-00160-SU <br><br> **MOTION TO WITHDRAW AS COUNSEL** |

COMES NOW, Lisa J. Ludwig, listed counsel for plaintiff's in U.S. District Court,

District of Oregon for case #: 2:18-cv-00160-SU and moves the Court for an order removing

Page 1 – MOTION TO WITHDRAW AS COUNSEL

counsel Lisa Ludwig as attorney of record in this matter for the reasons set forth in the attached declaration.

**DATED this 14th day of August 2018.**

*s/ Lisa J. Ludwig*
Lisa J. Ludwig, OSB #953387
Ludwig Runstein LLC
333 SW Taylor St., Suite 300
Portland, Oregon 97204
