Lisa J. Ludwig, OSB #953387
Ludwig Runstein LLC
333 SW Taylor St., Suite 300
Portland, Oregon 97204
Tel: (503) 223-5570 / Fax: (503) 217-5510
Lisa@L2R2Law.com

UNITED STATES DISTRICT COURT

THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| D. JEANETTE FINICUM; THARA TENNEY; TIERRA COLLIER; ROBERT FINICUM; TAÏVNY CRANE; ARIANNA BROWN; BRITTNEY BECK; MITCH FINICUM; THOMAS KINNE; CHALLICE FINCH; JAMES FINICUM; DANIELLE FINICUM; TEAN FINICUM; and the ESTATE OF ROBERT LAVOY FINICUM, <br><br>                               Plaintiffs, <br><br>   vs. <br><br> UNITED STATES OF AMERICA; FBI; BLM; DANIEL P. LOVE; SALVATORE LAURO; HARRY MASON REID; GREG T BRETZING; W. JOSEPH ASTARITA; STATE OF OREGON; OREGON STATE POLICE; KATHERINE BROWN; RONALD LEE V/YDEN; HARNEY COIINTY; DAVID M. WARD; STEVEN E. GRASTY; THE CENTER FOR BIOLOGICAL DIVERSITY; and JOHN DOES 1-100, <br>                               Defendants. | Case No. 2:18-cv-00160-SU <br><br> **DELARATION OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** |

I, Lisa J. Ludwig, declare the following to be true to the best of my knowledge:

    1.    On, January 25, 2018, I agreed to assist in the representation of plaintiffs Jeanette Finicum for the purposes of filing of her case 2:18-cv-00160-SU;

Page 1 – DELARATION OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

2. Plaintiffs are currently represented by J. Morgan Philpot, OSB 144811;

3. It is my understanding that plaintiffs no longer require my services;

4. I have notified plaintiffs of this motion to withdraw by service of a copy of this motion and declaration to Mr. Philpot via email at jmorganphilpot@gmail.com, and to lead plaintiff Jeanette Finicum by email at NETTEDJ@msn.com and U.S. Mail at 2545 East 2575 South #918 Colorado City, AZ 86021;

5. I declare that the above statements are true to the best of my knowledge and belief, and that I understand they are made for use as evidence in court and are subject to penalty for perjury, in accordance with District of Oregon Local Rule 83-11.

**DATED this 14th day of August 2018.**

*s/ Lisa J. Ludwig*
Lisa J. Ludwig, OSB #953387
Ludwig Runstein LLC
333 SW Taylor St., Suite 300
Portland, Oregon 97204

Page 2 – DELARATION OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL