**DAVID H. ANGELI**, OSB No. 020244
 david@angelilaw.com
**TYLER P. FRANCIS**, OSB No. 162519
 tyler@angelilaw.com
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

*Attorneys for Defendant W. Joseph Astarita*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| D. JEANETTE FINICUM, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> W. JOSEPH ASTARITA, et al., <br><br> Defendants. | Case No. 2:18-cv-160-SU <br><br> **DECLARATION OF DAVID ANGELI IN SUPPORT OF DEFENDANT W. JOSEPH ASTARITA'S OPPOSITION TO MOTION FOR EXTENSION OF TIME** |

I, David H. Angeli, declare as follows:

1. I am an attorney with the Angeli Law Group LLC in Portland, Oregon. I am one of the attorneys representing Special Agent W. Joseph Astarita in the above-captioned lawsuit. I make this declaration in support of Special Agent Astarita's Opposition to Plaintiffs' Motion for Extension of Time. (ECF No. 114.)

2. Attached as **Exhibit 1** is a true and correct copy of an email exchange between myself and Plaintiffs' counsel J. Morgan Philpot.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 13th day of September 2019.

/s David H. Angeli
DAVID H. ANGELI, OSB No. 020244

*Attorney for Defendant W. Joseph Astarita*