ELLEN F. ROSENBLUM
Attorney General
JAMES S. SMITH  #840932
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  James.S.Smith@doj.state.or.us

Attorneys for Defendants State of Oregon, Oregon State Police, Governor Kate Brown, Travis Hampton, Trooper #1 and Trooper #2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| D. JEANETTE FINICUM; THARA TENNEY; TIERRA COLLIER; ROBERT FINICUM; TAWNY CRANE; ARIANNA BROWN; BRITTNEY BECK; MITCH FINICUM; THOMAS KINNE; CHALLICE FINCH; JAMES FINICUM; DANIELLE FINICUM; TEAN FINICUM; and the ESTATE OF ROBERT LAVOY FINICUM,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; FEDERAL BUREAU OF INVESTIGATION; BUREAU OF LAND MANAGEMENT; DANIEL P. LOVE; SALVATORE LAURO; | Case No.  2:18-cv-00160-SU<br><br>STATE DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTIONS TO FINDINGS AND RECOMMENDATION<br><br>(Oral Argument Requested) |

Page 1 -   STATE DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTIONS TO FINDINGS
            AND RECOMMENDATION
  JSS/a2c/36439336

GREG T. BRETZING; W. JOSEPH ASTARITA; SPECIAL AGENT BM; MICHAEL FERRARI; STATE OF OREGON; OREGON STATE POLICE; TRAVIS HAMPTON; TROOPER 1 TROOPER 2; KATHERINE BROWN; HARNEY COUNTY; DAVID M. WARD; STEVEN E. GRASTY; and the CENTER FOR BIOLOGICAL DIVERSITY,

            Defendants.

Only the last 13 lines of plaintiffs' 35-page Objections ("Objection No. 12") relate to the state defendants. This response addresses only that portion of plaintiffs' document.

Plaintiffs' Second Amended Complaint alleges a Section 1983 claim against Gov. Kate Brown for violation of Mr. Finicum's Fourth Amendment right to be free of the use of excessive force. Gov. Brown was not present at the time of the shooting. The state defendants moved to dismiss as to Gov. Brown, because she was not an integral participant in the Troopers' decision to use deadly force. The Findings and Recommendation recommend dismissal as to Gov. Brown.

Citing *Monell v Dept. of Soc. Services of City of New York,* 436 US 658 (1978), plaintiffs argue Gov. Brown is not entitled to immunity. Plaintiffs' position is nonsense. The Magistrate Judge recommended the excessive force claim against Gov. Brown be dismissed because she was not present and did not participate in the Troopers' decision to pull the trigger. The Findings and Recommendation do not address immunity. The *Monell* case has to do with municipal liability under Section 1983, not an excessive force claim against a state's governor based upon a decision by officers of the state's police force.

Page 2 -   STATE DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTIONS TO FINDINGS
           AND RECOMMENDATION
JSS/a2c/36439336

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

The court should accept the recommendation of the Magistrate Judge as to the excessive force claim against Gov. Brown.

DATED February  5 , 2021.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

    *s/ James S. Smith*
JAMES S. SMITH #840932
Senior Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
James.S.Smith@doj.state.or.us
Of Attorneys for Defendants State of Oregon, Oregon State Police, Governor Kate Brown, Travis Hampton, Trooper #1 and Trooper #2

Page 3 -   STATE DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTIONS TO FINDINGS AND RECOMMENDATION

JSS/a2c/36439336

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000