J. Morgan Philpot, Esq.
(Oregon Bar No. 144811)
JM PHILPOT LAW, PLLC
1063 East Alpine Drive,
Alpline, UT 84004
(801) 428-2000
morgan@jmphilpot.com
*Attorney for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF OREGON**

| | |
|---|---|
| **D. JEANETTE FINICUM, ET AL.** *Plaintiffs,* v. **UNITED STATES OF AMERICA, ET AL.** *Defendants.* | CASE NO: 2:18-CV-00160-SU **PROPOSED ORDER GRANTING ENARLGEMENT OF TIME** |

**PROPOSED ORDER**

This Matter, having come before the Court on Plaintiffs' Consent Motion for Extension of Time for Plaintiff to Respond to State Defendants' Objections to the Magistrate's Findings and Recommendations (ECF No. 169), and it appearing, that the Motion is uncontested and should be granted for good cause shown, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the Plaintiffs' Consent Motion for Extension of Time for Plaintiff to Respond to State Defendants' Objections to the Magistrate's Findings and Recommendations is granted and the Plaintiffs shall have until March 2, 2021 to file any such Response.  This cause continues.

**SO ORDERED**

ENTERED this _____ day of _____, 2021.

_____
MICHAEL W. MOSMAN
United States District Judge

1