J. Morgan Philpot, Esq.
(Oregon Bar No. 144811)
JM PHILPOT LAW, PLLC
1063 East Alpine Drive,
Alpine, UT 84004
(801) 428-2000
morgan@jmphilpot.com
*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| D. JEANETTE FINICUM; THARA TENNEY; TIERRA COLLIER; ROBERT FINICUM; TAWNY CRANE; ARIANNA BROWN; BRITTNEY BECK; MITCH FINICUM; THOMAS KINNE; CHALLICE FINCH; JAMES FINICUM; DANIELLE FINICUM; TEAN FINICUM; and the ESTATE OF ROBERT LAVOY FINICUM<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES OF AMERICA; FEDERAL BUREAU OF INVESTIGATION; BUREAU OF LAND MANAGEMENT; DANIEL P. LOVE; SALVATORE LAURO, GREG T. BRETZING; W. JOSEPH ASTARITA; SPECIAL AGENT BM; MICHAEL FERRARI; STATE OF OREGON; OREGON STATE POLICE; TRAVIS HAMPTON; TROOPER 1 TROOPER 2; KATHERINE BROWN; HARNEY COUNTY; DAVID M. WARD; STEVEN E. GRASTY; and the CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Defendants.* | CASE NO: 2:18-CV-00160-SU<br><br>**NOTICE OF ERRATA REGARDING [CORRECTED] RESPONSE TO DEFENDANTS' TRAVIS HAMPTON, TROOPER #1 AND TROOPER #2's OBJECTIONS TO THE MAGISTRATE'S FINDINGS AND RECOMMENDATIONS** |

Plaintiffs, by and through counsel, hereby notifies the Court and Defendants that Plaintiffs have attached a Corrected Response to State Defendants' Objections (ECF No. 177)

The following corrections were made:

1.) Scrivener errors including misspellings and punctuation; and

2.) Formatting issues with the originally filed brief including font size, font name, margin width etc.; and

1

3.)   (2) erroneous names were cut/pasted out of work-product generated by staff and inadvertently remained while preparing the document for filing. The term "Defendants" replaced the word "Coffey" etc., and

4.)   Corrected several run-on sentences within the brief.

RESPECTFULL SUBMITTED,

Date: <u>March 3, 2021</u>                                               <u>/s/ J. Morgan Philpot</u>
                                                                                            J. Morgan Philpot, OSB #144811
                                                                                            Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on March 3, 2021, I filed the foregoing notice through the CM/ECF system, causing the following individuals to be served by electronic means, as reflected in the Notice of Electronic Filing:

**James S. Smith**
Department of Justice
Trial Division
100 SW Market St
Portland, OR 97201
Email: james.s.smith@doj.state.or.us

**Molly S. Silver**
**Thomas F. Armosino**
Frohnmayer Deatherage, et al.
2592 E. Barnett Road Medford, OR 97501
Email: armosino@fdfirm.com

**Casey S. Murdock** Frohnmayer, Deatherage, Jamieson, Moore, Armosino & McGovern
2592 East Barnett Road
Larson Creek Professional Center
Medford, OR 97504
Email: Murdock@fdfirm.com

JOSEPH HUNT
Assistant Attorney General

Civil Division
C. SALVATORE D'ALESSIO, JR.
Acting Director, Constitutional Tort Staff
Torts Branch, Civil Division

RICHARD MONTAGUE
Senior Trial Counsel
Constitutional Tort Staff
Torts Branch, Civil Division

LEAH BROWNLEE TAYLOR
United States Department of Justice
Senior Trial Attorney
Constitutional Tort Staff
Torts Branch, Civil Division
PO Box 7146
Washington, D.C. 20044
Leah.B.Taylor@usdoj.gov
*Attorney for Defendants*
*United States of America and Greg Bretzing*

      By: */s/ J. Morgan Philpot*