**Thomas F. Armosino, OSB #911954**
Email: armosino@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & MCGOVERN, PC
2592 East Barnett Road
Medford, OR  97504
Phone:  541-779-2333
Fax:  541-779-6379
  Of Attorneys for Defendants Harney County;
  David M. Ward; and Steven E. Grasty

UNITED STATES DISTRICT COURT

THE DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| D. JEANETTE FINICUM; THARA TENNEY; TIERRA COLLIER; ROBERT FINICUM; TAWNY CRANE; ARIANNA BROWN; BRITTNEY BECK; MITCH FINICUM; THOMAS KINNE; CHALLICE FINCH; JAMES FINICUM; DANIELLE FINICUM; TEAN FINICUM; and the ESTATE OF ROBERT LAVOY FINICUM,<br><br>                    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; FBI; BLM; DANIEL P. LOVE; SALVATORE LAURO; HARRY MASON REID; GREG T. BRETZING; W. JOSEPH ASTARITA; STATE OF OREGON; OREGON STATE POLICE; KATHERINE BROWN; RONALD LEE WYDEN; HARNEY COUNTY; DAVID M. WARD; STEVEN E. GRASTY; THE CENTER FOR BIOLOGICAL DIVERSITY; and JOHN DOES 1-100,<br><br>                    Defendants. | Case No. 2:18-cv-00160-SU<br><br>**NOTICE OF WITHDRAWAL OF MOLLY R. SILVER AS ASSOCIATE COUNSEL OF RECORD** |

PLEASE TAKE NOTICE that Molly R. Silver has withdrawn as associate counsel of

record because she is no longer employed by lead counsel's law firm. Thomas F. Armosino remains as lead counsel on behalf of defendants Harney County, David M. Ward, and Steven E. Grasty.

DATED this 13th day of April, 2021.

        FROHNMAYER, DEATHERAGE, JAMIESON,
        MOORE, ARMOSINO & McGOVERN, P.C.

        *s/ Thomas F. Armosino*
        Thomas F. Armosino, OSB #911954
        armosino@fdfirm.com
        Of Attorneys for Defendants Harney County;
        David M. Ward; and Steven E. Grasty

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing **NOTICE OF WITHDRAWAL OF MOLLY R. SILVER AS ASSOCIATE COUNSEL OF RECORD** upon:

Lisa J. Ludwig
Lisa@l2r2law.com
LUDWIG RUNSTEIN, LLC
The Gilbert Building
333 SW Taylor Street, Suite 300
Portland, OR 97204
Telephone: 503-223-5570
    Attorney for Plaintiffs

J. Morgan Philpot
morgan@jmphilpot.com
JM PHILPOT LAW, PLLC
1063 East Alpine Drive
Alpine, UT 84004
Telephone: 801-428-2000
    Attorney for Plaintiffs

James S. Smith
Senior Assistant Attorney General
James.S.Smith@doj.state.or.us
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: 971-673-1880
Fax: 971-673-5000
    Of Attorneys for Defendants State of
    Oregon; Oregon State Police; and
    Governor Kate Brown

Kenneth J. Abere, Jr.
David C. Campbell
LEWIS BRISBOIS BISGAARD & SMITH
888 SW Fifth Avenue, Suite 900
Portland, OR 97204-2025
Telephone: 971-712-2800
Fax: 971-712-2801
Ken.Abere@lewisbrisbois.com
David.Campbell@lewisbrisbois.com
    Attorneys for Defendant The Center
    for Biological Diversity

Amy R. Atwood
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
Telephone: 971-717-6401
Email: atwood@biologicaldiversity.org
    Attorney for Defendant The
    Center for Biological Diversity

Leah Brownlee Taylor
United States Department of Justice
Trial Attorney
P.O. Box 7146
Washington, D.C. 20044
Email: Leah.B.Taylor@usdoj.gov
    Attorney for Defendants United States
    of America and Greg Bretzing

By automatic electronic transmission via the Court's Case Management/Electronic Case Files system.

    DATED this 13th day of April, 2021.

    FROHNMAYER, DEATHERAGE, JAMIESON,
    MOORE, ARMOSINO & McGOVERN, P.C.

    *s/ Thomas F. Armosino*
    Thomas F. Armosino, OSB #911954
    armosino@fdfirm.com
    Of Attorneys for Defendants Harney County;
    David M. Ward; and Steven E. Grasty