

UNITED STATES DISTRICT COURT
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

| | |
|---|---|
| Date of Reassignment: | August 18, 2021 |
| Case Number: | 2:18−cv−00160−MO |
| Case Title: | Finicum et al v. United States of America et al |

**(A)** **Case Reassignment:** In accordance with the Court's Case Management Plan, the above−captioned case has been reassigned from the Honorable Patricia Sullivan to the Honorable Michael W. Mosman, United States District Judge. Information on this case may be obtained from the following:

Courtroom Deputy:  Dawn Stephens 503−326−8024
Kara Scheele 503−326−8031
Email: chambers_mosman@ord.uscourts.gov

Docket Information:  Telephone: 503−326−8050

**(B)** **Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204.

**(C)** **Change to the Case Number:** Effective immediately, Judge Mosman's initials (MO) will replace the previous judge's initials in this case.

**MARY L. MORAN**
**Clerk of Court**

cc:   Judge Mosman
      Counsel of Record