Neil J. Evans, OSB No. 965515
evansn@lanepowell.com
**LANE POWELL PC**
601 S.W. Second Avenue, Suite 2100
Portland, Oregon 97204
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendants Daniel P. Love and Salvatore Lauro

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| D. JEANETTE FINICUM; THARA TENNEY; TIERRA COLLIER; ROBERT FINICUM; TAWNY CRANE; ARIANNA BROWN; BRITTNEY BECK; MITCH FINICUM; THOMAS KINNE; CHALLICE FINCH; JAMES FINICUM; DANIELLE FINICUM; TEAN FINICUM; and the ESTATE OF ROBERT LAVOY FINICUM,<br><br>                          Plaintiffs,<br><br>         v.<br><br>UNITED STATES OF AMERICA; FBI, BLM; DANIEL P. LOVE; SALVATORE LAURO; HARRY MASON REID; GREG T. BRETZING; W. JOSEPH ASTARITA; STATE OF OREGON; OREGON STATE POLICE; KATHERINE BROWN; RONALD LEE WYDEN; HARNEY COUNTY; DAVID M. WARD; STEVEN E. GRASTY; THE CENTER FOR BIOLOGICAL DIVERSITY; and JOHN DOES 1-100,<br><br>                          Defendants. | Case No. 2:18-cv-00160-MO<br><br>**NOTICE OF WITHDRAWAL OF WILLIAM E. WEINER AS COUNSEL FOR DEFENDANTS DANIEL P. LOVE AND SALVATORE LAURO** |

PAGE 1 –  NOTICE OF WITHDRAWAL OF WILLIAM E. WEINER AS COUNSEL FOR DEFENDANTS DANIEL P. LOVE AND SALVATORE LAURO

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

718868.0001/8656118.1

TO: CLERK OF THE COURT

AND TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that William E. Weiner of Lane Powell PC withdraws as counsel for Defendants Daniel P. Love and Salvatore Lauro, and is no longer associated with the firm Lane Powell PC. We hereby ask the Court to remove William E. Weiner's name from all future electronic notices regarding this case.

Withdrawal of counsel will not cause any prejudice to Defendants Daniel P. Love and Salvatore Lauro as they will continue to be represented by Neil J. Evans of Lane Powell PC.

DATED: September 8, 2021

                LANE POWELL PC

                By: _s/ Neil J. Evans_
                      Neil J. Evans, OSB No. 965515
                      Telephone: 503.778.2100
                Attorneys for Defendants Daniel P. Love and Salvatore Lauro

PAGE 2 – NOTICE OF WITHDRAWAL OF WILLIAM E. WEINER AS COUNSEL FOR DEFENDANTS DANIEL P. LOVE AND SALVATORE LAURO

**LANE POWELL PC**
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204
503.778.2100  FAX: 503.778.2200

718868.0001/8656118.1