## FROHNMAYER, DEATHERAGE, JAMIESON, MOORE, ARMOSINO & McGOVERN, P.C.

ATTORNEYS AT LAW

STEPHEN G. JAMIESON
BERNARD S. MOORE
THOMAS F. ARMOSINO
TRACY M. MCGOVERN
CASEY S. MURDOCK
ALICIA M. WILSON

LARSON CREEK PROFESSIONAL CENTER
2592 East Barnett Road
Medford, Oregon 97504
TELEPHONE: (541) 779-2333

FAX: (541) 779-6379
www.fdfirm.com

JODY COLE, *Office Manager*

*Established 1910*

NICHOLAS J. NAUMES
SEAN P. TIPTON

WILLIAM V. DEATHERAGE
*(1927-2018)*
OTTO J. FROHNMAYER
*(1905-2000)*

September 13, 2021

The Honorable Michael W. Mosman
United States District Court Judge
Mark O. Hatfield United States Courthouse
Room 1615
1000 Southwest Third Avenue
Portland, OR 97204-2943

**Re:** *Finicum, et al. v. Harney County, et al.*
**Case No. 2:18-cv-00160-MO**

Your Honor:

Regarding Mr. Philpot's Motion to Extend Time to Amend Complaint (Document No. 183), I wish to amend my objection. When Mr. Philpot contacted me to confer, I was not made aware of the significant medical issues which are the basis of his motion. Now having reviewed the motion, the Harney County defendants would not object to a reasonable extension of time.

Sincerely,

Thomas F. Armosino
Direct Dial No. (541) 858-3378
Email: armosino@fdfirm.com

TFA:cm
C:    All counsel (via CM/ECF)