ELLEN F. ROSENBLUM
Attorney General
JAMES S. SMITH  #840932
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  James.S.Smith@doj.state.or.us

Attorneys for Defendants State of Oregon, Oregon State Police and Governor Kate Brown

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| D. JEANETTE FINICUM; THARA TENNEY; TIERRA COLLIER; ROBERT FINICUM; TAWNY CRANE; ARIANNA BROWN; BRITTNEY BECK; MITCH FINICUM; THOMAS KINNE; CHALLICE FINCH; JAMES FINICUM; DANIELLE FINICUM; TEAN FINICUM; and the ESTATE OF ROBERT LAVOY FINICUM,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; FEDERAL BUREAU OF INVESTIGATION; BUREAU OF LAND MANAGEMENT; DANIEL P. LOVE; SALVATORE LAURO; GREG T. BRETZING; W. JOSEPH | Case No.  2:18-cv-00160-MO<br><br>STATE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT [PURSUANT TO DOC. NO. 180] |

Page 1 -   STATE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO EXTEND TIME
           TO FILE AMENDED COMPLAINT [PURSUANT TO DOC. NO. 180]
           JSS/a2c/44491785

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

ASTARITA; SPECIAL AGENT BM; MICHAEL FERRARI; STATE OF OREGON; OREGON STATE POLICE; TRAVIS HAMPTON; TROOPER 1 TROOPER 2; KATHERINE BROWN; HARNEY COUNTY; DAVID M. WARD; STEVEN E. GRASTY; and the CENTER FOR BIOLOGICAL DIVERSITY,

          Defendants.

On September 1, 2021, counsel for the remaining defendants received an email from plaintiffs' counsel requesting that defendants agree to plaintiffs' **eleventh** request for additional time. Counsel provided no reason the delay was needed and specified that plaintiffs wanted a 45-day extension. The state defendants counsel and the county's counsel both refused to agree. On September 9, 2021, plaintiffs' counsel filed a contested motion for a 30-day extension, which, for the first time, explained the reasons plaintiffs wanted an extension of time.

Page 2 -   STATE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO EXTEND TIME
          TO FILE AMENDED COMPLAINT [PURSUANT TO DOC. NO. 180]
JSS/a2c/44491785

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Under the circumstances stated in the motion, the state defendants agree that an extension of time no longer than thirty days is appropriate.

DATED September  14 , 2021.

> Respectfully submitted,
>
> ELLEN F. ROSENBLUM
> Attorney General
>
> *s/ James S. Smith*
> JAMES S. SMITH #840932
> Senior Assistant Attorney General
> Trial Attorney
> Tel (971) 673-1880
> Fax (971) 673-5000
> James.S.Smith@doj.state.or.us
> Of Attorneys for Defendants State of Oregon,
> Oregon State Police and Governor Kate Brown

Page 3 -   STATE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO EXTEND TIME
            TO FILE AMENDED COMPLAINT [PURSUANT TO DOC. NO. 180]
JSS/a2c/44491785

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000