DAVID G CUTLER
David.G.Cutler@usdoj.gov
United States Department of Justice
Trial Attorney
PO Box 7146
Washington, D.C. 20044
(202) 616-0674
Attorney for Greg T. Bretzing and
the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

D. JEANETTE FINICUM;
THARA TENNEY TIER COLIER;
ROBERT FINICUM; TAWNY CRANE;
ARIANNA BROWN; BRITTNEY BECK;
MITCH FINICUM; THOMAS KINNE;
CHALLICE FINCH;
JAMES FINICUM; DANIELLE FINICUM;
TEAN FINICUM;
and the
ESTATE OF ROBERT LAVOY FINICUM.
Plaintiffs

v.

UNITED STATES OF AMERICA;
FEDERAL BUREAU OF INVESTIGATION;
BUREAU OF LAND MANAGEMENT;
DANIEL P. LOVE; SALVATORE LAURO;
GREG T. BRETZING; W. JOSEPH ASTARITA;
STATE OF OREGON; OREGON STATE POLICE;
KATHERINE BROWN; HARNEY COUNTY;
DAVID M. WARD; STEVEN E. GRASTY;
THE CENTER FOR BIOLOGICAL DIVERSITY;
and JOHN DOES 1-100.
Defendants

Case No. 2:18-CV-00160-MO

Notice of Substitution of Counsel for
Defendants United States and
Gregory T. Bretzing

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Civil Rule 83-11(d), David G. Cutler hereby enters his appearance as counsel of record for the United States of America and Greg T. Bretzing (collectively, the "Defendants").

Withdrawal of counsel will not cause any prejudice to the Defendants as they have already been dismissed with prejudice. *See* ECF 180 (Order and Opinion). Moreover, Mr. Cutler will be substituted as government counsel for the Defendants pursuant to Local Civil Rule 83-4.

Leah Brownlee Taylor hereby files notice of her withdrawal as counsel of record for the Defendants. Ms. Brownlee Taylor is leaving the Civil Division to transition to another component of the Department of Justice. It is therefore requested that the Court to remove Leah Brownlee Taylor's name from future electronic notices regarding this case.

Dated: September 22, 2021        Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director, Constitutional Torts Staff
Torts Branch, Civil Division

RICHARD MONTAGUE
Senior Trial Counsel
Constitutional Torts Staff
Torts Branch, Civil Division

/s/ David G. Cutler
David G. Cutler
United States Department of Justice
Trial Attorney
Constitutional Torts Staff
Torts Branch, Civil Division
PO Box 7146
Washington, D.C. 20044
David.G.Cutler@usdoj.gov

/s/ Leah Brownlee Taylor
LEAH BROWNLEE TAYLOR
United States Department of Justice
Senior Trial Attorney
Constitutional Torts Staff
Torts Branch, Civil Division
PO Box 7146
Washington, D.C. 20044
Leah.B.Taylor@usdoj.gov

## STATEMENT OF CONSENT

Pursuant to Local Civil Rule 83-11(d), I consent to the foregoing notice of substitution of counsel.

/s/ Leah Brownlee Taylor
LEAH BROWNLEE TAYLOR
United States Department of Justice
Senior Trial Attorney
Constitutional Torts Staff
Torts Branch, Civil Division
PO Box 7146
Washington, D.C. 20044
Leah.B.Taylor@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2021, I filed the foregoing document through the CM/ECF system, causing the following individuals to be served by electronic means, as reflected in the Notice of Electronic Filing:

**J. Morgan Philpot**
JM Philpot Law
1063 E. Alpine Dr.
Alpine, UT 84004
Email: morgan@jmphilpot.com

**James S. Smith**
Department of Justice
Trial Division
100 SW Market St
Portland, OR 97201
Email: james.s.smith@doj.state.or.us

**Thomas F. Armosino**
Frohnmayer, Deatherage, Jamieson, Moore, Armosino & McGovern
2592 E. Barnett Road
Medford, OR 97501
Email: armosino@fdfirm.com

                                              /s/David G. Cutler
                                              David G. Cutler
                                              Trial Attorney