ELLEN F. ROSENBLUM
Attorney General
JAMES S. SMITH  #840932
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  James.S.Smith@doj.state.or.us

Attorneys for Defendants State of Oregon, Oregon State Police and Governor Kate Brown

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| D. JEANETTE FINICUM; THARA TENNEY; TIERRA COLLIER; ROBERT FINICUM; TAWNY CRANE; ARIANNA BROWN; BRITTNEY BECK; MITCH FINICUM; THOMAS KINNE; CHALLICE FINCH; JAMES FINICUM; DANIELLE FINICUM; TEAN FINICUM; and the ESTATE OF ROBERT LAVOY FINICUM,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT; DANIEL P. LOVE; SALVATORE LAURO; W. JOSEPH ASTARITA; SPECIAL AGENT BM; MICHAEL FERRARI; STATE OF OREGON; OREGON STATE POLICE; KATHERINE BROWN; HARNEY COUNTY; and the CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Defendants. | Case No.  2:18-cv-00160-MO<br><br>DECLARATION OF JAMES S. SMITH IN SUPPORT OF FRCP 12(B)(6) MOTIONS AGAINST THIRD AMENDED COMPLAINT<br><br>*Oral Argument Requested* |

Page 1 -   DECLARATION OF JAMES S. SMITH IN SUPPORT OF FRCP 12(B)(6) MOTIONS
            AGAINST THIRD AMENDED COMPLAINT
            JSS/a2c/

I, James S. Smith, declare under penalty of perjury:

1.        I am a Senior Assistant Attorney General with the Oregon Department of Justice and make this declaration in support of the State Defendants' FRCP 12(b)(6) Motions against the Third Amended Complaint.

2.        Mindful of the LR 7-1 requirement that there be conferral before motion practice, I sent an email to plaintiffs' counsel October 18, 2021.  A copy of that email is attached as Exhibit 1.

3.        Having received no response from counsel, I called his office and left a voicemail October 22, 2021, at about 3:30pm PDT.  I heard nothing from counsel, and left another voicemail message October 26, 2021, at about 11:30am PDT.

4.        Having received no response to my email or my phone messages, I sent counsel another email October 26, 2021.  A copy of that email is attached as Exhibit 2.  I received a response to this email from California attorney John Pierce, who indicated that he was adding his "associate" Ryan Marshall to "coordinate as necessary", but heard nothing further from Mr. Philpot, Mr. Pierce or Mr. Marshall.  Neither Mr. Pierce nor Mr. Marshall are attorneys of record for plaintiffs in this case.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on October __28__, 2021.

                                                  ___*s/ James S. Smith*_____
                                                  JAMES S. SMITH
                                                  Senior Assistant Attorney General

Page 2 -    DECLARATION OF JAMES S. SMITH IN SUPPORT OF FRCP 12(B)(6) MOTIONS
                  AGAINST THIRD AMENDED COMPLAINT
JSS/a2c/