IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

**D. JEANETTE FINICUM** et al,

Plaintiffs,

v.

**UNITED STATES OF AMERICA** et al,

Defendants.

No. 2:18-cv-00160-MO

ORDER TO SHOW CAUSE

**MOSMAN, J.,**

On October 15, 2021, Plaintiffs filed their Third Amended Complaint [ECF 189]. Two Motions to Dismiss were subsequently filed—one on October 28, 2021, [ECF 191] and the other on October 29, 2021, [ECF 193]. The deadline for Plaintiffs to respond to both motions passed on November 15, 2021. Plaintiff has not filed a response. Therefore, per Local Rule 41-2(a), IT IS ORDERED that Plaintiff must appear in writing within ten days from the date of this order to show cause why this case should not be dismissed for want of prosecution. If no appearance is made, this case will be dismissed.

DATED this 17th day of November, 2021.

MICHAEL W. MOSMAN
United States District Judge

1 – ORDER TO SHOW CAUSE