J. Morgan Philpot (Oregon Bar No. 144811)
morgan@jmphilpot.com
**JM PHILPOT LAW, PLLC**
620 East 100 North
Alpine, UT 84004
(801) 891-4499
*Attorney for Plaintiffs*

John M. Pierce (*PHV Admission Forthcoming*)
jpierce@piercebainbridge.com
Ryan J. Marshall (*PHV Admission Pending*)
rmarshall@piercebainbridge.com
**PIERCE BAINBRIDGE P.C.**
355 S. Grand Avenue, 44th Floor,
Los Angeles, CA 90071
(213) 400-0725
(424) 285-4943

*Attorney for Plaintiffs*
Lead Counsel*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| D. JEANETTE FINICUM; THARA TENNEY; TIERRA COLIER; ROBERT FINICUM; TAWNY CRANE; ARIANNA BROWN; BRITTNEY BECK; MITCH FINICUM; THOMAS KINNE; CHALLICE FINCH; JAMES FINICUM; DANIELLE FINICUM; TEAN FINICUM and the ESTATE OF ROBERT LAVOY FINICUM<br><br>*Plaintiffs*, | Case No. 2:18-CV-00160-SU<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND TO FILE SECOND-AMENDED COMPLAINT FOR <u>18 U.S.C §1961 et seq</u> CLAIM AND TO CONTINUE TRIAL DATE; THIRD AMENDED COMPLAINT** |

|  |  |
|---|---|
| v. | **Action Filed:** November 8, 2021 |
|  | **Time:** 6:30 P.M. |
| BUREAU OF LAND MANAGEMENT; DANIEL P. LOVE; SALVATORE LAURO; W. JOSEPH ASTARITA; SPECIAL AGENT BM; MICHAEL FERRARI; STATE OF OREGON; OREGON STATE POLICE; KATHERINE BROWN; HARNEY COUNTY; CENTER FOR BIOLOGICAL DIVERSITY, and the UNITED STATES | |
| *Defendants*. | |

**TO THE ABOVE-NAMED DEFENDANTS AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that on November 8, 2021 at the hour of 6:30 p.m., at the above-captioned Court, located at 104 S.W. Dorion, Pendleton, Oregon, the above-named Plaintiffs shall and hereby do move:

1. Pursuant to Or. R. Civ. P. 23(A), for an order granting Plaintiffs leave to file a Second-Amended Complaint ("SAC").

Pursuant to Or. R. Civ. P. 23(A), Plaintiff hereby provides as follows:

(a) A copy of the proposed SAC is attached.

(b) The previous original complaint, in its entirety, and all of its allegations have been completely deleted and replaced with the SAC. The SAC consists of a new caption on the first page of the pleading, followed by nine differently pled causes of action, including two

based on Oregon state law and an entirely new cause of action that connects the others. The causes of action based on federal law include (1) the violation of Plaintiff's civil and constitutional rights actionable under 42 U.S.C. 1983, flowing from the Defendants' use of excessive force and deprivation; and (2) Defendants' racketeering, violent, and extortive practices actionable under 18 U.S.C §1961 et seq. A prayer for damages and demand for jury trial follow thereafter. These above-referenced allegations of the SAC completely replace all of the allegations of the original complaint. Or. R. Civ. P. 23(C).

(c) The new RICO claim connects the Defendants' acts and violations of Federal and Oregon state laws thereby making the prior causes of action relevant. The causes of action the SAC are pled differently so as to satisfy this Court's minimum pleading requirements, as refernced in the Court's first order dismissing most of Plaintiffs' claims against Defendants.

The effect of the SAC is (1) to replead, clarify, and clearly state the specific factual allegations supporting the (2) RICO cause of action and constitutional rights violations cited (i.e. use of excessive force, racketeering and corrupt organization acts, deprivation, and conspiracy); and (3) to amend the pleadings on the causes of action that this Court dismissed against the Defendants in the original complaint and integrate those violations and acts under the RICO claim- thus meeting the plead requirements of this Court.

This motion is based on this notice and accompanying amended complaint, upon such matters of which this Curt must and may take judicial notice, and upon such other and further oral and documentary evidence as may be presented at the time of the hearing hereon.

DATED: November 19, 2021

*/s/ J. Morgan Philpot*
J. Morgan Philpot, Esq. OSB #144811Attorney for Plaintiffs

/s/John M. Pierce
John M. Pierce, Esq.
(*PHV Admission Forthcoming*)

/s/Ryan Joseph-Gene Marshall
Ryan Joseph-Gene Marshall, Esq.
(*PHV Admission Pending*)

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Morgan Philpot, hereby certify that on this day, November 19, 2021, 2021, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

*/s/ J. Morgan Philpot*
J. Morgan Philpot
