J. Morgan Philpot (Oregon Bar No. 144811)
morgan@jmphilpot.com
**JM PHILPOT LAW, PLLC**
620 East 100 North
Alpine, UT 84004
(801) 891-4499
*Attorney for Plaintiffs*

John M. Pierce (*PHV Admission Forthcoming*)
jpierce@piercebainbridge.com
Ryan J. Marshall (*PHV Admission Pending*)
rmarshall@piercebainbridge.com
**PIERCE BAINBRIDGE P.C.**
355 S. Grand Avenue, 44th Floor,
Los Angeles, CA 90071
(213) 400-0725
(424) 285-4943

*Attorney for Plaintiffs*
Lead Counsel*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| D. JEANETTE FINICUM; THARA TENNEY; TIERRA COLIER; ROBERT FINICUM; TAWNY CRANE; ARIANNA BROWN; BRITTNEY BECK; MITCH FINICUM; THOMAS KINNE; CHALLICE FINCH; JAMES FINICUM; DANIELLE FINICUM; TEAN FINICUM and the ESTATE OF ROBERT LAVOY FINICUM<br><br>    *Plaintiffs*, | Case No. 2:18-CV-00160-SU<br><br>**PLAINTIFFS' RESPONSE TO THIS COURT'S ORDER TO SHOW CAUSE** |

    v.

BUREAU OF LAND MANAGEMENT;
DANIEL P. LOVE; SALVATORE
LAURO; W. JOSEPH ASTARITA;
SPECIAL AGENT BM; MICHAEL
FERRARI; STATE OF OREGON;
OREGON STATE POLICE; KATHERINE
BROWN; HARNEY COUNTY; CENTER
FOR BIOLOGICAL DIVERSITY, and the
UNITED STATES

            *Defendants*.

Now come the Plaintiffs, by and through their counsel, respectfully request that this Court render its Order to Show Cause, signed on 11/17/2021, moot. Plaintiffs present the following:

1) This response complies with Local Rule 41-2(a), as Plaintiffs are appearing, in writing, within the ten-day constraint that this Court mandated;

2) Plaintiffs filed a motion for leave to amend;

3) Plaintiffs filed an amended complaint pursuant to Fed. R. Civ. P. 15(a)(1);

4) Defendants are aware of both, the motion to amend and the amended complaint, as they have seen the amended complaint and commented on it per the conferral requirement under LR- 7-1;

5) The causes of action are pleaded anew, per this Court's comments;

6) And, the new cause of action, i.e. R.I.C.O. claim, ties all prior causes of action together, bringing all Defendants, dismissed and current, before this Court for adjudication of liability.

DATED:  November 19, 2021

          */s/ J. Morgan Philpot*
          J. Morgan Philpot, Esq. OSB
          #144811Attorney for Plaintiffs

          /s/John M. Pierce
          John M. Pierce, Esq.
          (*PHV Admission Forthcoming*)

          /s/Ryan Joseph-Gene Marshall
          Ryan Joseph-Gene Marshall, Esq.
          (*PHV Admission Pending*)

          *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Morgan Philpot, hereby certify that on this day, November 19, 2021, 2021, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

*/s/ J. Morgan Philpot*
J. Morgan Philpot
