Thomas F. Armosino, OSB #911954
Email: armosino@fdfirm.com
Casey S. Murdock, OSB #144914
Email: murdock@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & MCGOVERN, PC
2592 East Barnett Road
Medford, OR  97504
Phone: 541-779-2333
Fax: 541-779-6379
  Of Attorneys for Defendant Harney County

UNITED STATES DISTRICT COURT

THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| D. JEANETTE FINICUM; THARA TENNEY; TIERRA COLLIER; ROBERT FINICUM; TAWNY CRANE; ARIANNA BROWN; BRITTNEY BECK; MITCH FINICUM; THOMAS KINNE; CHALLICE FINCH; JAMES FINICUM; DANIELLE FINICUM; TEAN FINICUM; and the ESTATE OF ROBERT LAVOY FINICUM,<br><br>                Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA; FBI; BLM; DANIEL P. LOVE; SALVATORE LAURO; HARRY MASON REID; GREG T. BRETZING; W. JOSEPH ASTARITA; STATE OF OREGON; OREGON STATE POLICE; KATHERINE BROWN; RONALD LEE WYDEN; HARNEY COUNTY; DAVID M. WARD; STEVEN E. GRASTY; THE CENTER FOR BIOLOGICAL DIVERSITY; and JOHN DOES 1-100,<br><br>                Defendants. | Case No. 2:18-cv-00160-MO<br><br>**DEFENDANT HARNEY COUNTY'S LR 41-2 STATEMENT** |

Pursuant to LR 41-2(a), Defendant Harney County timely provides the following party statement:

Currently pending before this Court is Defendant Harney County's Motion to Dismiss (ECF 193), filed against Plaintiffs' Third Amended Complaint (ECF 189). Plaintiffs did not file an opposition response.

Plaintiffs recently tendered a "Fourth Amended Complaint," apparently without receiving leave to do so, and subsequently filed a corrected "Motion for Leave to Amend to File a Second Amended Complaint (ECF 200). Attached to Plaintiffs' Motion for Leave to Amend is a proposed "Amended Complaint" (ECF 200-1).

Both the Third Amended Complaint and the newly proposed Amended Complaint continue to plead conclusory statements without underlying facts and are procedurally incorrect. The Amended Complaint also asserts allegations against defendants who were previously dismissed from this lawsuit, including the "Harney County Sheriff" and the "Head of Harney County." Further, plaintiffs' Ninth Cause of Action for Excessive Force against the individual defendants in their individual capacity could arguably be against the Harney County Sheriff or the Head of Harney County. These defendants were previously dismissed by Judge Sullivan and adopted for dismissal by this Court pursuant to ECF 180.

For the reasons set forth in Defendant Harney County's Motion to Dismiss (ECF 193), this defendant respectfully requests that this Court deny Plaintiffs' Motion for Leave to Amend (ECF 200) and dismiss with prejudice all remaining claims against Harney County.

DATED this 22nd day of November, 2021.

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, P.C.

*s/ Thomas F. Armosino*
Thomas F. Armosino, OSB #911954
armosino@fdfirm.com
Of Attorneys for Defendant Harney County

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANT HARNEY COUNTY'S LR 41-2 STATEMENT** upon:

J. Morgan Philpot
morgan@jmphilpot.com
JM PHILPOT LAW, PLLC
1063 East Alpine Drive
Alpine, UT 84004
Telephone:  801-428-2000
   Attorney for Plaintiffs

| | |
|---|---|
| James S. Smith<br>Senior Assistant Attorney General<br>James.S.Smith@doj.state.or.us<br>Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>Telephone: 971-673-1880<br>Fax: 971-673-5000<br>  Of Attorneys for Defendants State of<br>  Oregon; Oregon State Police; and<br>  Governor Kate Brown | David C. Cutler<br>United States Dept. of Justice<br>Trial Attorney<br>Constitutional Torts Staff<br>Torts Branch, Civil Division<br>P.O. Box 7146<br>Washington, D.C. 20044<br>David.G.Cutler@usdoj.gov<br>  Of Attorneys for United States and<br>  Gregory T. Bretzing |

By automatic electronic transmission via the Court's Case Management/Electronic Case Files system.

        DATED this 22nd day of November, 2021.

                            FROHNMAYER, DEATHERAGE, JAMIESON,
                            MOORE, ARMOSINO & McGOVERN, P.C.

                            *s/ Thomas F. Armosino*
                            Thomas F. Armosino, OSB #911954
                            armosino@fdfirm.com
                            Of Attorneys for Defendant Harney County