ELLEN F. ROSENBLUM
Attorney General
JAMES S. SMITH  #840932
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  James.S.Smith@doj.state.or.us

Attorneys for Defendants State of Oregon, Oregon State Police and Governor Kate Brown

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| D. JEANETTE FINICUM; THARA TENNEY; TIERRA COLLIER; ROBERT FINICUM; TAWNY CRANE; ARIANNA BROWN; BRITTNEY BECK; MITCH FINICUM; THOMAS KINNE; CHALLICE FINCH; JAMES FINICUM; DANIELLE FINICUM; TEAN FINICUM; and the ESTATE OF ROBERT LAVOY FINICUM,<br><br>    Plaintiffs,<br><br>    v.<br><br>BUREAU OF LAND MANAGEMENT; DANIEL P. LOVE; SALVATORE LAURO; W. JOSEPH ASTARITA; SPECIAL AGENT BM; MICHAEL FERRARI; STATE OF OREGON; OREGON STATE POLICE; KATHERINE BROWN; HARNEY COUNTY; and the CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Defendants. | Case No.  2:18-cv-00160-MO<br><br>STATE DEFENDANTS' PARTY STATEMENT |

Page 1 -   STATE DEFENDANTS' PARTY STATEMENT
          JSS/a2c/

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Pursuant to LR 41-2(b), the state defendants (State of Oregon, Oregon State Police and Gov. Brown) submit this Party Statement.

**1.    Status of the Case to Date**

Plaintiffs filed the original Complaint January 25, 2018, one day before the expiration of the statute of limitations. The case is nearing three years of age but remains in the pleading stage. Motions to dismiss against plaintiffs' Second Amended Complaint resulted in dismissal of many defendants for failure to complete service or failure to commence the case within the applicable limitations period. Plaintiffs' Third Amended Complaint was filed October 15, 2021; motions to dismiss were filed by both the remaining state and county defendants October 29, 2021. No timely response to the motions was filed. On November 18, 2021, the court ordered plaintiffs to show cause why the case should not be dismissed for want of prosecution. On November 19, 2021, plaintiffs filed a Motion to Amend, and a proposed Second Amended Complaint (which would actually be the Fourth Amended Complaint). On November 22, 2021, the court denied the Motion to Amend.

Page 2 -    STATE DEFENDANTS' PARTY STATEMENT
           JSS/a2c/
                              Department of Justice
                              100 SW Market Street
                              Portland, OR 97201
                           (971) 673-1880 / Fax: (971) 673-5000

**2.    Good Cause Exists to Dismiss the Case**

Pursuant to FRCP 41(b) the court may dismiss if plaintiff fails to prosecute or fails to comply with a court order. The condition of the Third Amended Complaint (which alleges claims against defendants who have already been dismissed and alleges claims on legal theories that the court has already determined are time barred) demonstrates plaintiffs lack the ability or will to follow the court's Orders and it would be within the court's discretion to terminate the case for that reason.

DATED November  22 , 2021.

                                    Respectfully submitted,

                                    ELLEN F. ROSENBLUM
                                  Attorney General

                                  *s/ James S. Smith*
                                  JAMES S. SMITH #840932
                                  Senior Assistant Attorney General
                                  Trial Attorney
                                  Tel (971) 673-1880
                                  Fax (971) 673-5000
                                  James.S.Smith@doj.state.or.us
                                  Of Attorneys for Defendants State of Oregon,
                                  Oregon State Police and Governor Kate Brown

Page 3 -   STATE DEFENDANTS' PARTY STATEMENT
JSS/a2c/
Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000