# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| FINICUM, et al.,<br><br>       Plaintiffs,<br><br>   vs.<br><br>UNITED STATES OF AMERICA, et al.,<br>       Defendants. | Case No. 2:18-cv-00160 |

## NOTICE OF APPEAL

                              J. Morgan Philpot (Oregon Bar No. 144811)
                              morgan@jmphilpot.com
                              **JM PHILPOT LAW, PLLC**
                              620 East 100 North
                              Alpine, UT 84004
                              (801) 891-4499
                              *Attorney for Plaintiffs*

Pursuant to Federal Rule of Appellate Procedure 4(b), notice is hereby given that Plaintiffs, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment and Dismissal issued by the United States District Court for the District of Oregon by Judge Michael W. Mosman.

Date: November 30, 2021                                        Respectfully Submitted,

                                                               */s/ J. Morgan Philpot*
                                                               J. Morgan Philpot, Esq.
                                                               OSB #144811 Attorney for
                                                               Plaintiffs