UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 01 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| D. JEANETTE FINICUM; et al.,<br><br>       Plaintiffs - Appellants,<br><br>v.<br><br>STATE OF OREGON; et al.,<br><br>       Defendants - Appellees,<br><br>and<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | No. 22-35064<br><br>D.C. No. 2:18-cv-00160-MO<br>U.S. District of Oregon, Pendleton<br><br>**MANDATE** |

The judgment of this Court, entered November 09, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $11.70.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7